# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Vieng Pam Bounmy            **Docket Number:**   0972 2:14CR00110

**Name of Judicial Officer**:   Honorable Kimberly J. Mueller, United States District Judge

**Date of Original Sentence:**   9/24/2007

**Original Offense:** 21 U.S.C. § 841(a0(1) and 18 U.S. C. 2 – Possession with Intent to Distribute a Controlled Substance and Aid and Abet (CLASS B FELONY)

**Original Sentence:** 87 months Bureau of Prisons; 5 years supervised release; $100 special assessment; Mandatory drug testing; No firearms; DNA collection

**Special Conditions:**

1. Alcohol Abstinence
2. Participate in DROPS program
3. Substance abuse treatment
4. Mental health treatment
5. Gambling restrictions
6. RRC placement
7. Drug testing
8. Search
9. Cognitive behavioral treatment

**Type of Supervision:**   Supervised release

**Date Supervision Commenced:**   7/12/2013

**Other Court Actions:**

04/23/14:        Transfer of Jurisdiction from the District of South Dakota

10/21/14::       Prob 12A - Report of Offender Under Supervision prepared notifying the Court Ms. Bounmy submitted a urnie sample whcih tested positive for both opiates and cannabinoids.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**10.**  The defendant shall reside and participate in a residential community corrections center, RRC for a period of up to 180 days; said placement shall commence no later than 03/19/15 pursuant to 18 U.S.C. § 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  Ms. Bounmy was recently terminated from the Moral Recognitiion Therapy (MRT) program for excessive absences.  In addition, she has continued to struggle with substance abuse.  In order to address both of these risk factors, it is respectfully recommended she be placed in a community corrections center.  She will have no distractions and it is hopeful she will be able to complete both programs.

Additionally, Ms. Bounmy is unable to work legally in the United States due to her immigration status. However, she has advised a family member will loan her the required funds to obtain a legitimate work visa.  It usually takes up to 90 days to obtain this work visa once all of the paperwork is completed.

It is believed this plan is appropriate at this time to address the offender's violation conduct.  If Ms. Bounmy fails to participate in the RRC program, it is anticipated further violation proceedings will be initiated at that time.

Respectfully submitted,

**/s/Rebecca A. Fidelman**

**Rebecca A. Fidelman**
**United States Probation Officer**
Telephone: (916) 930-4321

**DATED:**   3/12/2015

Reviewed by,

**/s/Jeffrey C. Oestreicher**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

DATED:  March 20, 2015

_____
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: To be assigned

Defense Counsel: To be assigned